IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02661-PAB-MJW

GERALDINE L. BETTIS,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER
(DN 6)

It is hereby ORDERED that the Defendant City and County of Denver's Motion for Clarification of Courtroom Minutes/Minute Order (docket no. 6) is GRANTED. For clarification, the Defendant shall meet and confer with the Pro Se Plaintiff Bettis forthwith and prepare a proposed Rule 16 Scheduling Order and file the proposed Rule 16 Scheduling Order with the court on or before February 18, 2010. The Defendant shall file such proposed Scheduling Order by electronic means noting that the Pro Se Plaintiff is not subject to electronic filing. The Rule 16 Scheduling Conference remains set before Magistrate Judge Watanabe on February 24, 2010, at 9:30 a.m.

Date: February 1, 2010