IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02661-PAB-MJW

GERALDINE L. BETTIS,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER
(DN 14)

    It is hereby **ORDERED** that Defendant's Motion to Stay Discovery (docket no. 16) is **GRANTED** pursuant to Clinton v. Jones, 520 U.S. 681, 706-707 (citing Landis v. North American Co., 299 U.S. 248, 254 (1939)); Siegert v. Gulley, 500 U.S. 226, 232 (1991); and Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982). Defendant filed a Motion to Dismiss (docket no. 14) on February 10, 2010. In this motion (docket no. 14), Defendant seeks dismissal based upon qualified immunity. All discovery is **STAYED** until further order of the court.

Date: March 15, 2010